ORIGINAL

1   GLYNN & FINLEY, LLP
     CLEMENT L. GLYNN, Bar No. 57117
2   JONATHAN A. ELDREDGE, Bar No. 238559
     One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
     Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
     Facsimile: (925) 945-1975
5

     MORRIS JAMES LLP
6   P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
     Jason C. Jowers, *Pro Hac Vice Pending*
7   500 Delaware Avenue, Suite 1500
8   Wilmington, Delaware 19801
     Telephone: (302) 888-6800
9   Facsimile: (302) 571-1750
     E-mail: pcollins@morrisjames.com
10            jjowers@morrisjames.com

11
     Attorneys for E. I. du Pont de Nemours and Company
12

FILED
APR - 6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16   E. I. DU PONT DE NEMOURS AND<br>     COMPANY,<br>17 | Case No. C11-01665<br>**CORPORATE DISCLOSURE** |
| 18              Plaintiff, | **F.R.C.P. 7.1** |
| 19      v. | |
| 20   USA PERFORMANCE TECHNOLOGY,<br>     INC., PERFORMANCE GROUP (USA),<br>21   INC., WALTER LIEW, and JOHN LIU, | |
| 22             Defendants.<br>23 | |

24

25

26

27

28

CORPORATE DISCLOSURE

1   Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant E.I. du Pont de
2   Nemours and Company ("DuPont") states that DuPont has no parent corporation and there is no
3   publicly-held corporation that owns 10% or more of its stock.

4   Dated: April 6, 2011    Respectfully submitted,

5   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN
6   JONATHAN A. ELDREDGE
    One Walnut Creek Center
7   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596

8

9   MORRIS JAMES, LLP
    P. CLARKSON COLLINS, JR.
    JASON C. JOWERS
10  500 Delaware Ave., Suite 500
    Wilmington, DE 19801

11

12

    By _____
13  Attorneys for Plaintiff
    E.I. DU PONT DE NEMOURS AND
14  COMPANY