ORIGINAL

1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   MORRIS JAMES LLP
6  P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
   Jason C. Jowers, *Pro Hac Vice Pending*
7  500 Delaware Avenue, Suite 1500
   Wilmington, Delaware 19801
8  Telephone: (302) 888-6800
9  Facsimile: (302) 571-1750
   E-mail: pcollins@morrisjames.com
10         jjowers@morrisjames.com
11
   Attorneys for E. I. du Pont de Nemours and Company
12

FILED
APR - 6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | Case No. C11-01665 ME |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSON** |
| v. | Civil L.R. 3-16 |
| USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU, | |
| Defendants. | |

- 1 -
CERTIFICATION AS TO INTERESTED PARTIES

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

Dated: April 6, 2011

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

MORRIS JAMES, LLP
P. CLARKSON COLLINS, JR.
JASON C. JOWERS
500 Delaware Ave., Suite 500
Wilmington, DE 19801

By _____
Attorneys for E.I. DU PONT DE
NEMOURS AND COMPANY

- 2 -
CERTIFICATION AS TO INTERESTED PARTIES