ORIGINAL

FILED
APR - 6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
         jjowers@morrisjames.com

Attorneys for E. I. du Pont de Nemours and Company

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | Case No. C11-01665 |
| Plaintiff, | NOTICE OF RELATED CASES |
| v. | Civil L.R. 3-12 |
| USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU, | |
| Defendants. | |

- 1 -
NOTICE OF RELATED CASES

1   Pursuant to Civil L.R. 3-12, the undersigned states that as of this date it is not aware of
2   any related cases to report.

Dated: April 6, 2011

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

MORRIS JAMES, LLP
P. CLARKSON COLLINS, JR.
JASON C. JOWERS
500 Delaware Ave., Suite 500
Wilmington, DE 19801

By _____
Attorneys for Plaintiff
E.I. DU PONT DE NEMOURS AND COMPANY

- 2 -
NOTICE OF RELATED CASES