UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. I. DU PONT DE NEMOURS AND COMPANY,

    Plaintiff(s),

v.

USA PERFORMANCE TECHNOLOGY, INC., et al.,

    Defendant(s).

No. C **C11-01665 ME**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 7, 2011

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")