GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
         jjowers@morrisjames.com

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>        Defendants. | **Case No. 3:11-cv-01665-MEJ**<br><br>**PROOF OF SERVICE OF JOHN LIU** |

1    Attached is the executed Proof of Service for John Liu.

3    Dated: April 13, 2011

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

MORRIS JAMES, LLP
P. CLARKSON COLLINS, JR.
JASON C. JOWERS
500 Delaware Ave., Suite 500
Wilmington, DE 19801

By _____
Attorneys for E.I. DUPONT DE
NEMOURS AND COMPANY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Liu__

was received by me on *(date)* __4/6/11__ .

☒ I personally served the summons on the individual at *(place)* __1049 Pomona Ave Albany, CA__ on *(date)* __4/6/11__ ; or __4:56 pm__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/6/11__

*Server's signature*

__Joe Parizi__
*Printed name and title*

also served:
- Civil cover sheet
- Complaint
- Corporate Disclosure
- Notice of Related Cases
- Certification of Interested Entities

__1485 Park Ave Suite 102, Emeryville, CA__
*Server's address*

Additional information regarding attempted service, etc:
- Order Setting Initial Case Management