1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5
    MORRIS JAMES LLP
6   P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7   Jason C. Jowers, *Pro Hac Vice Pending*
    500 Delaware Avenue, Suite 1500
8   Wilmington, Delaware  19801
    Telephone:  (302) 888-6800
9   Facsimile:  (302) 571-1750
    E-mail:  pcollins@morrisjames.com
10            jjowers@morrisjames.com

11  Attorneys for E. I. du Pont de Nemours and Company

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15
                                    )   **Case No.  3:11-cv-01665-MEJ**
16  E. I. DU PONT DE NEMOURS AND    )
    COMPANY,                        )   **PROOF OF SERVICE OF**
17                                  )   **PERFORMANCE GROUP (USA INC.)**
                                    )
18          Plaintiff,              )
                                    )
19      v.                          )
                                    )
20  USA PERFORMANCE TECHNOLOGY,     )
    INC., PERFORMANCE GROUP (USA),  )
21  INC., WALTER LIEW, and JOHN LIU,)
                                    )
22                                  )
            Defendants.             )
23  _____ )

24

25

26

27

28

1    Attached is the executed Proof of Service for Performance Group (USA Inc.)

2

3    Dated: April 13, 2011

                                                  GLYNN & FINLEY, LLP

4                                                      CLEMENT L. GLYNN
       JONATHAN A. ELDREDGE
5      One Walnut Creek Center
       100 Pringle Avenue, Suite 500
6      Walnut Creek, CA  94596

7      MORRIS JAMES, LLP
       P. CLARKSON COLLINS, JR.
8      JASON C. JOWERS
       500 Delaware Ave., Suite 500
9      Wilmington, DE 19801

10

11     By

12     Attorneys for E.I. DUPONT DE
       NEMOURS AND COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF PERFORMANCE GROUP (USA INC.), Case No. 3:11-cv-01665-MEJ

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PERFORMANCE GROUP (USA INC)
was received by me on *(date)*  4/6/11

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CHRISTINA LIEW _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* PERFORMANCE GROUP (USA) INC
on *(date)* 4/6/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  4/7/11                                   *Albert Sidwell*
                                               Server's signature

                                    ALBERT SIDWELL
                                           Printed name and title

                        6680 ALHAMBRA AV #105, MARTINEZ, CA
                                           Server's address          94553

Additional information regarding attempted service, etc: