1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   MORRIS JAMES LLP
6  P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7  Jason C. Jowers, *Pro Hac Vice Pending*
   500 Delaware Avenue, Suite 1500
8  Wilmington, Delaware 19801
   Telephone: (302) 888-6800
9  Facsimile: (302) 571-1750
   E-mail: pcollins@morrisjames.com
10         jjowers@morrisjames.com
11
   Attorneys for E. I. du Pont de Nemours and Company
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  E. I. DU PONT DE NEMOURS AND  )  Case No. 3:11-cv-01665-MEJ
    COMPANY,                       )
17                                 )  **PROOF OF SERVICE OF WALTER**
                                   )  **LIEW**
18         Plaintiff,              )
                                   )
19     v.                          )
                                   )
20  USA PERFORMANCE TECHNOLOGY,    )
    INC., PERFORMANCE GROUP (USA), )
21  INC., WALTER LIEW, and JOHN LIU,)
                                   )
22                                 )
           Defendants.              )
23  _____)

24

25

26

27

28

- 1 -
PROOF OF SERVICE OF WALTER LIEW, Case No. 3:11-cv-01665-MEJ

1  Attached is the executed Proof of Service for Walter Liew.

2

3  Dated: April 13, 2011

4  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN
   JONATHAN A. ELDREDGE
5  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
6  Walnut Creek, CA  94596

7  MORRIS JAMES, LLP
   P. CLARKSON COLLINS, JR.
8  JASON C. JOWERS
   500 Delaware Ave., Suite 500
9  Wilmington, DE 19801

10

11  By _____
    Attorneys for E.I. DU PONT DE
12  NEMOURS AND COMPANY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **WALTER LIEW**
was received by me on *(date)* **4/6/11**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **CHRISTINA LIEW (HIS WIFE)**, a person of suitable age and discretion who resides there,
on *(date)* **4/6/11**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **4/7/11**

*Albert Sidwell*
Server's signature

**ALBERT SIDWELL**
Printed name and title

**6680 ALHAMBRA AV #105 MARTINEZ, CA 94553**
Server's address

Additional information regarding attempted service, etc: