- 1 -

| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
|  | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | JONATHAN A. ELDREDGE, Bar No. 238559 |
|  | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
|  | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
|  | Facsimile: (925) 945-1975 |
| 5 |  |
|  | MORRIS JAMES LLP |
| 6 | P. Clarkson Collins, Jr., *Pro Hac Vice Pending* |
| 7 | Jason C. Jowers, *Pro Hac Vice Pending* |
|  | 500 Delaware Avenue, Suite 1500 |
| 8 | Wilmington, Delaware 19801 |
|  | Telephone: (302) 888-6800 |
| 9 | Facsimile: (302) 571-1750 |
|  | E-mail: pcollins@morrisjames.com |
| 10 |          jjowers@morrisjames.com |
| 11 |  |
|  | Attorneys for E. I. du Pont de Nemours and Company |
| 12 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | Case No. 3:11-cv-01665-MEJ |
|  | ) | **PROOF OF SERVICE OF USA** |
|  | ) | **PERFORMANCE** |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU, | ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

1  Attached is the executed Proof of Service for USA Performance.

3  Dated: April 13, 2011

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

MORRIS JAMES, LLP
P. CLARKSON COLLINS, JR.
JASON C. JOWERS
500 Delaware Ave., Suite 500
Wilmington, DE 19801

By _____
Attorneys for E.I. DU PONT DE
NEMOURS AND COMPANY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **USA PERFORMANCE**
was received by me on *(date)* **4/6/11**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CHRISTINA LIEW**, who is designated by law to accept service of process on behalf of *(name of organization)* **USA PERFORMANCE TECHNOLOGIES, INC** on *(date)* **4/6/11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **4/7/11**

*Server's signature*

**ALBERT SIDWELL**
Printed name and title

**6680 ALHAMBRA AV #105 MARTINEZ, CA 94553**
Server's address

Additional information regarding attempted service, etc: