RECEIVED

APR 19 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E. I. DU PONT DE NEMOURS AND COMPANY,

    Plaintiff,

v.

USA PERFORMANCE TECHNOLOGY, INC., ET AL.,

    Defendant.

CASE NO. C11-01665 MEJ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

P. Clarkson Collins, Jr., Esquire, whose business address and telephone number is Morris James LLP, P.O. Box 2306, Wilmington, Delaware 19899-2306, (302) 888-6860, and who is an active member in good standing of the bar of Supreme Court of Delaware having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 15, 2011

/s/ Jeffrey S. White
~~Maria-Elena James~~
United States District Judge