Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
On Lu, Esq. (Cal. Bar No. 242693)
MOUNT, SPELMAN & FINGERMAN, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: dmount@mount.com; kpasquinelli@mount.com; onlu@mount.com

Counsel for USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC.,
    and DR. WALTER LIEW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendants | Case No. 3:11-CV-1665-MEJ<br><br>**EX PARTE APPLICATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Jeffrey S. White<br>U.S. District Court Judge |

1  Defendants USA PERFORMANCE TECHNOLOGY, INC. ("USA PTI"), PERFORMANCE GROUP (USA), INC. ("Performance Group"), and DR. WALTER LIEW ("Dr. Liew") (collectively "Defendants") respectfully requests the Court to enter an Order allowing for a *two week* extension of time for Defendants to respond to Plaintiff E.I. DU PONT DE NEMOURS AND COMPANY's ("DuPont"). No dates set forth in the Court's ADR Scheduling Order (see Docket no. 5) would require modification.

In support of this request, Defendants state as follows:

1. Defendants were served on April 7, 2011, and Defendants' response due date is April 28, 2011 (see Docket no. 13).

2. In hopes of bringing resolution to this matter, Defendants initiated a meeting with Plaintiffs. The parties and their counsel met for a face-to-face meeting on Tuesday, April 26 that lasted for about four hours. During this meeting, counsel for Defendants requested an extension of time to respond to Plaintiff's Complaint. Counsel for Defendants reiterated this request by email that same night.

3. On April 27, counsel for Plaintiff responded that the requested extension would be granted only on the condition that Defendants "permit discovery to proceed promptly, including authorization for the release of documents from Chevron to the parties." Defendants refused this condition and asked Plaintiff to reconsider its position.

4. Plaintiff has not changed its position. Defendants now seek redress from this Court. (See email thread attached as Exhibit A.)

FOR THE ABOVE REASONS, Defendants respectfully requests the Court to enter an Order extending Defendants' response date from April 28, 2011 to May 12, 2011 (two weeks).

Date: April 27, 2011	MOUNT, SPELMAN & FINGERMAN, P.C.

_____

On Lu
Counsel for Defendants USA PERFORMANCE
TECHNOLOGY, INC.; PERFORMANCE GROUP (USA), INC.;
and DR. WALTER LIEW

**IT IS SO ORDERED.**

Date: _____	_____

Honorable Jeffrey S. White
U.S. District Court Judge
Northern District of California

# EXHIBIT A

| | |
|---|---|
| **From:** | On Lu |
| **To:** | "Collins, Clark" |
| **Cc:** | Daniel S. Mount; Monique L. Davalos; "Michael Clarke"; Clem Glynn; Jowers, Jason C. |
| **Subject:** | RE: USAPE001: Stipulation to Extend Time to Respond to Complaint |
| **Date:** | Wednesday, April 27, 2011 3:31:00 PM |

Hi Clark,

Of course we're obligated to discovery, but at its appointed time, as per the local rules. We are *not* interested in swapping an extension of time for the expedited discovery you've specified in your email. Thanks.

oN

---

**From:** Collins, Clark [mailto:PCollins@morrisjames.com]
**Sent:** Wednesday, April 27, 2011 3:25 PM
**To:** On Lu
**Cc:** Daniel S. Mount; Monique L. Davalos; 'Michael Clarke'; Clem Glynn; Jowers, Jason C.
**Subject:** RE: USAPE001: Stipulation to Extend Time to Respond to Complaint

On,

We do not understand your response. Are you unwilling to agree to proceed with discovery? If that is your position, we will ask Judge White for relief. What we proposed was reciprocal accomodations. If that is not acceptable to your client, that would be a bad sign regarding how the litigation will proceed. Please clarify what you objection is.

Clark

# Morris James LLP

**P. Clarkson Collins, Jr.**

Attorney at Law
pcollins@morrisjames.com

500 Delaware Ave., Ste. 1500 | Wilmington, DE 19801-1494
Mailing Address P.O. Box 2306 | Wilmington, DE 19899-2306
**T** 302.888.6990      **F** 302.571.1750

**www.morrisjames.com**

_____
This communication may be subject to the attorney-client privilege or the attorney work product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.
_____
To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** On Lu [mailto:olu@MOUNT.com]
**Sent:** Wednesday, April 27, 2011 6:01 PM
**To:** Collins, Clark
**Cc:** Daniel S. Mount; Monique L. Davalos; 'Michael Clarke'; Clem Glynn; Jowers, Jason C.
**Subject:** RE: USAPE001: Stipulation to Extend Time to Respond to Complaint

Sorry, Clark. USA PTI does not agree to your terms. We will file our Request for an Extension of Time as an opposed motion. You should be aware that the Northern District and Judge White routine grants extensions of time. Please advise by 400 pm PST if DuPont changes its position.

Thanks,

oN

---

**From:** Collins, Clark [mailto:PCollins@morrisjames.com]
**Sent:** Wednesday, April 27, 2011 2:44 PM
**To:** On Lu
**Cc:** Daniel S. Mount; Monique L. Davalos; 'Michael Clarke'; Clem Glynn; Jowers, Jason C.
**Subject:** RE: USAPE001: Stipulation to Extend Time to Respond to Complaint

On...As we discussed yesterday during our meeting, in connection with an extension of time for your clients to respond, DuPont would like to have your agreement to permit discovery to proceed promptly, including authorization for the release of documents from Chevron to the parties. This suit and protecting DuPont's trade secrets is a matter of great importance and urgency to DuPont. I understand that it may take a few days to work out this broader agreement, and we will extend you the courtesy of a one week extension while we attempt to work out these details. If we are able to reach agreement regarding discovery and you need more time to respond to the complaint, we can provide for that in the agreement.  Clark

# Morris James LLP

**P. Clarkson Collins, Jr.**
Attorney at Law
pcollins@morrisjames.com

500 Delaware Ave., Ste. 1500 | Wilmington, DE 19801-1494
Mailing Address P.O. Box 2306 | Wilmington, DE 19899-2306
**T** 302.888.6990       **F** 302.571.1750

www.morrisjames.com

_____
This communication may be subject to the attorney-client privilege or the attorney work product privilege or may be otherwise confidential.  Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized.  If you are not the intended recipient, please delete or destroy this communication immediately.
_____
To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** On Lu [mailto:olu@MOUNT.com]
**Sent:** Tuesday, April 26, 2011 11:33 PM
**To:** Collins, Clark
**Cc:** Daniel S. Mount; Monique L. Davalos
**Subject:** USAPE001: Stipulation to Extend Time to Respond to Complaint

Hi Clark,

It was a pleasure to meet you this afternoon.  As discussed, please see the attached Stipulation to Extend Time for Defendants to Respond to DuPont's Complaint.  With your approval, we'd like to get this on-file with the court tomorrow (Wed, 4/27).

Thanks and kind regards,

oN

This email and its attachments are intended solely for the intended recipient hereof and may contain legally privileged or other confidential information. If you have received this email or its attachments in error, please destroy the original and any copies thereof and immediately notify Mount, Spelman & Fingerman, P.C. at (408) 279-7000.