# EXHIBIT E

*Oakley Community Exchange* article: "Remediation is an important first step" published by DuPont (2001)



*Keeping you informed on the future of the Oakley DuPont property.*  ∎  *Summer 2001*

## To our readers

Over the past 36 years, DuPont has been an active member of the Antioch/Oakley community. DuPont continues to be a working partner with the citizens of Oakley now and into the future.

This is the first in a series of community newsletters to provide you information and updates on our site cleanup and reuse plans and activities.

In this newsletter you will find: some history of the site; an overview of the site remediation process; and, an update on the Citizens Advisory Group (CAG) that was recently formed to provide DuPont input from the community.

We want to hear from you about your thoughts on the future of the DuPont site, and we want to make sure that we answer any questions you may have about the current status of the site. We look forward to your comments. Please check the back page for information about how to contact us.

*Project Director, DuPont*

## Remediation is an important first step

Throughout its historical operations, DuPont has been considered a leader in the field of safe manufacturing practices. However, even while adhering to stringent corporate and regulatory requirements in place at the time, some contamination did occur over the 40 years of site operation. As DuPont continues to work to both ensure environmental protection and promote economic growth, the company is taking a responsible and proactive approach to current remediation of the Oakley site.

Regardless of their history, virtually all site cleanup activities involve the same basic components — site investigation, risk assessment, feasibility study, and cleanup implementation. All of these activities are conducted with an appropriate degree of regulatory oversight and community involvement. At the DuPont Oakley site, all remedial activities are being conducted under the direct oversight of the Central Valley Regional Water Quality Control Board (CVRWQCB).

Cleanup efforts fall into two key areas — groundwater and soils — and DuPont is undertaking a number of investigative and remedial measures to address each.

### Groundwater

DuPont began a series of proactive investigations of the site's groundwater in the 1980s. Tests showed that groundwater under certain areas of the Oakley site contained contaminants associated with historical manufacturing operations. In response to this finding, DuPont installed an interim groundwater recovery and treatment system in 1989 to remove contaminants from the site's groundwater. Groundwater and soil investigations have been ongoing at the site since then, with over 100 monitoring wells installed, and several thousand samples analyzed.

Based on the findings from these studies, DuPont has recently installed a Permeable Reactive Barrier Wall or PRB, an innovative treatment technology, to enhance the treatment of groundwater contaminants. The PRB is a



*This graphic illustrates how the Permeable Reactive Barrier Wall works to treat groundwater.*

porous, underground wall composed of iron filings installed deep into the aquifer. The iron filings in the wall react with and destroy organic compounds in the water that passes through it. The PRB was installed at a depth of 47 to 112 feet below the surface of the ground. DuPont will continue to evaluate other innovative groundwater cleanup methods over the next few years to find the most effective combination of cleanup technologies. It is important to note that most contamination occurs very deep below the surface, and that there has been no effect on drinking water. Moreover, recent sampling of water from the San Joaquin River showed no evidence of contamination from the DuPont site.

*Continued on back page*

### What's new...

*A Community Advisory Group is currently working with DuPont to provide public input during the remediation and redevelopment of the Oakley site. To learn more about the Advisory Group and its role, see the article on Page 4.*



*Freon® unit, circa 1960.*

> *This is a closed facility, not an abandoned one.*
>
> Dave Wickersham, Business Manager, DuPont



*The DuPont property currently encompasses 401 acres. Approximately 191 acres are planned for redevelopment.*

## Oakley site — yesterday, today and tomorrow

Although the parking lot at 6000 Bridgehead Road may not be full these days, DuPont maintains a strong presence in Oakley, reflecting its more than 40 years as one of the area's leading employers. In 1955, DuPont purchased 552 acres 40 miles east of San Francisco in eastern Contra Costa County, now part of the recently incorporated community of Oakley. DuPont built and operated a manufacturing plant from 1957 to 1997, producing the gasoline "anti-knock" agent tetraethyl lead (TEL), Freon® refrigerant, and later, titanium dioxide, a white pigment used in a variety of paints and plastics.

In response to federal phase out of TEL and Freon®, DuPont discontinued operations, and all production activities at the Oakley plant were stopped. DuPont closed the plant in 1998, and dismantled all manufacturing facilities in 1999.

Today other uses continue at the site. A DuPont



Timeline:
- 1957 — TEL & Freon Production Begins
- 1963 — TiO₂ Production Begins
- 1976 — EPA Phaseout of TEL Begins
- 1981 — Groundwater Investigation Begins; TEL Production Ceases
- 1989 — Groundwater Pump & Treatment System Started
- 1995 — Water Board Named Lead Agency
- 1996
- 1997 — TiO₂ & Freon Production Ceases



*Redevelopment of the DuPont site includes provisions for protection of adjacent wetlands.*

> " *DuPont has been a great partner to the city in planning for its future. We look forward to the continuation of this collaboration in creating a truly unique business park environment on this site.* "
>
> Ellen Bonneville, City of Oakley

joint venture company that packages and ships automotive finishes uses part of the administrative building and nearby warehouse. Two parcels of DuPont's original acreage have been sold for continued operation as vineyards, with a third parcel in negotiations for lease or sale.

As DuPont looks to the future, it is exploring a number of options that will provide jobs, as well as preserve the rich environmental and recreational resources at the site. The 186 acres of site wetlands will be preserved as a vital natural resource for future generations. Once these transfers are complete, roughly 191 acres will remain as potential land for reuse.

The DuPont company has a long-standing commitment to their plant communities, working closely with each community to ensure that economic stability and natural resources are preserved. An integral part of that commitment involves maximizing the potential of all site resources. Today, the DuPont Oakley site includes many valuable resources that make it prime property for future use. Already in existence are utility lines for water, power, easy transportation access, recreational and agricultural amenities and an existing administrative building. All these resources will contribute to the opportunities available for future economic ventures. Possible ventures and industries that can provide jobs are currently being explored.

The City of Oakley is currently developing a plan for citywide development. As Ellen Bonneville, Oakley's redevelopment director, puts it, "The DuPont site is the integral part of our amended redevelopment program. The redevelopment of this site provides Oakley with an opportunity to develop a major job center for East Contra Costa County and also creates a new tax base for the City of Oakley residents to fund future programs and projects. We see this site as the driving force for our economic viability in the future. DuPont has been a great partner to the city in planning for its future. We look forward to the continuation of this collaboration in creating a truly unique business park environment on this site."

As a taxpaying member of the Oakley community, DuPont is committed to maintaining the integrity and relationships of the past, working through the challenges of the present, and taking the exciting next leap into the future.



## Community Advisory Group update

Continuing efforts to reach out to the Oakley/Antioch community, DuPont has convened a number of interested local community members and stakeholder representatives to discuss the site cleanup process and options for site redevelopment. After sitting down with DuPont staff and learning about the site's history, current activities, and potential for reuse, 13 members of the community agreed to participate in a Community Advisory Group (CAG). The CAG, which will meet regularly, includes members representing community residents, neighborhood associations, recreational groups, environmental organizations, the regulatory community, and others.

The first Community Advisory Group meeting was held on June 6th on the Oakley site. Members got acquainted, listened to presentations about remediation activities and redevelopment options, and brainstormed about the group's structure and process. Dave Wickersham, DuPont's Business Manager, welcomed CAG members and reaffirmed DuPont's commitment to work closely with the Community Advisory Group, Oakley's city government, the Central Valley Regional Water Quality Control Board, and the East Bay Regional Parks District as site reuse plans take shape.

There were some lively discussions as everyone got to know each other. One task was for members to specify their priorities and goals for the CAG. Topics of interest to the CAG ranged from "getting a better understanding of the remediation process," to "wanting information about the change in tax base."

The Community Advisory Group's future meeting schedule is late July/early August, late September/early October, early December.

Members of the community are encouraged to discuss their issues related to site cleanup and redevelopment with the CAG member representing your interests.

### Community Advisory Group members

- **Sue Barrow,** Vintage Park resident, member of Oakley Transportation and Downtown Revitalization committees
- **Ellen Bonneville,** City of Oakley
- **Ken Centoni,** Vintage Park resident, Oakley Transportation Committee
- **Wendy Cohen,** Central Valley Regional Water Quality Control Board
- **Abe Doctolero,** Freedom High School
- **Roni Gehlke,** Vintage Park resident, Oakley Chamber of Commerce, local newspaper columnist
- **Barry Hand,** City of Oakley
- **Carolyn Hays,** Oakley Chamber of Commerce
- **Chris Lauritzen,** Lauritzen Yacht Harbor
- **Annette Rains,** East County Horseman's Association (ECHO)
- **Carol Rios,** Oakley City Council
- **Joe Tovar,** long-time resident of Oakley and former chief of Oakley Fire Department
- **Nancy Wenninger,** East Bay Regional Park District

## For more information

In addition to the newsletters, you can gather more information by contacting DuPont's local Plant Manager, Bob Deaver at (925) 757-5836. DuPont also will be establishing an information repository at the Oakley Library later this year.

## Remediation

*From front page*

### Soil

DuPont is currently working with the CVRWQCB to complete plans for the investigation of areas suspected of having contamination. Where necessary, remediation of areas will be done with Water Board oversight. Because different areas of the site have different levels of contamination, plans for remediation and reuse will be taken on a parcel-by-parcel basis, to ensure proper match of use and appropriate remediation procedures.



6000 Bridgehead Road
Oakley, CA 94561

BULK RATE
U.S. Postage
PAID
Oakley, CA
Permit No. 16

Residential Customer

*DuPont cares about our environment. This newsletter is printed on recycled paper using soy-based inks.*