| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
|   | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | MORGAN K. LOPEZ, Bar No. 215513 |
|   | JONATHAN A. ELDREDGE, Bar No. 238559 |
| 3 | One Walnut Creek Center |
|   | 100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 210-2800 |
| 5 | Facsimile: (925) 945-1975 |
| 6 | MORRIS JAMES LLP |
|   | P. Clarkson Collins, Jr., *Pro Hac Vice Pending* |
| 7 | Jason C. Jowers, *Pro Hac Vice Pending* |
|   | 500 Delaware Avenue, Suite 1500 |
| 8 | Wilmington, Delaware 19801 |
|   | Telephone: (302) 888-6800 |
| 9 | Facsimile: (302) 571-1750 |
|   | E-mail: pcollins@morrisjames.com |
| 10 | jjowers@morrisjames.com |
| 11 | Attorneys for E. I. du Pont de Nemours and Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, | Case No. 3:11-cv-01665-JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING DUPONT'S MOTION TO STRIKE CERTAIN ALLEGATIONS IN AND EXHIBITS TO DEFENDANTS USA PERFORMANCE TECHNOLOGY INC. AND WALTER LIEW'S ANSWER AND COUNTERCLAIM TO PLAINTIFF'S COMPLAINT |
| v. | |
| USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU, | |
| Defendants. | Date: July 1, 2011 |
|   | Time: 9:00 a.m. |
|   | Before: Honorable Jeffrey S. White |

The motion of Plaintiff E. I. du Pont De Nemours & Company ("DuPont") to strike certain allegations in and exhibits to defendants USA Performance Technology, Inc. and Dr. Walter Liew's ("Defendants") Answer and Counterclaim ("Answer") came on for hearing in Courtroom 11, before the Honorable Jeffrey S. White, of the above-referenced Court on July 1, 2011.

///

///

1   Having read and considered the motion, the memoranda and declaration filed by
2   the parties, having heard argument of counsel,
3   **IT IS ORDERED THAT:**
4   The motion to strike is GRANTED. Allegations regarding DuPont's alleged anti-
5   Chinese bias and DuPont's environmental record, as well as Exhibit F to Defendants' Answer are
6   hereby stricken from Defendants' Answer.
7   Dated: July __, 2011

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING DUPONT'S MOTION TO STRIKE