GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
          jjowers@morrisjames.com

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendants. | **Case No. 3:11-cv-01665-JSW**<br><br>**PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERNECE STATEMENT** |

///

///

///

///

///

I, Gina M. Bentley, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on June 2, 2011 I served a true and correct copy of the attached document(s) entitled exactly:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

| | |
|---|---|
| Daniel S. Mount, Esq.<br>Kevin M. Pasquinelli, Esq.<br>On Lu, Esq.<br>Mount, Spelman & Fingerman, P.C.<br>Riverpark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose, CA 95110-2740<br>*Counsel for USA Performance Technology, Inc., Performance Group (USA), Inc., and Dr. Walter Liew*<br>**T: 408-279-7000; F: 408-998-1473** | Marc N. Bernstein, Esq.<br>The Bernstein Law Group<br>555 Montgomery Street, Suite 1650<br>San Francisco, CA 94111<br>*Counsel for John Liu*<br>**T: 415-765-6633; F: 415-283-4804** |

Executed this 2nd day of June, 2011 at Walnut Creek, California.

_____
Gina M. Bentley

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.I. DU PONT DE NEMOURS,<br><br>    Plaintiff,<br><br>v.<br><br>USA PERFORMANCE TECHNOLOGY, INC.,<br><br>    Defendant. | No. C 11-01665 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on July 22, 2011, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

1   *Management Statement*, which can be found on the Court's website located at
2   http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is
3   proceeding without counsel, the parties may file separate case management statements. Separate
4   statements my also address all of the topics set forth in the Standing Order referenced above. Any
5   request to reschedule the date of the conference shall be made in writing, and by stipulation if
6   possible, at least ten (10) calendar days before the date of the conference and must be based upon
7   good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the
8   parties shall disclose to the Court the identities of any person, associations, firms, partnerships,
9   corporations or other entities known by the parties to have either (1) financial interest in the subject
10 matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be
11 substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities
12 or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference
13 the pleading or document in which the disclosure was made. In this regard, counsel are referred to
14 the Court's Recusal Order posted on the Court website at the Judges Information link at
15 http://www.cand.uscourts.gov.
16   **IT IS SO ORDERED.**
17
18 Dated: April 22, 2011                          _____
19                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California