Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
On Lu, Esq. (Cal. Bar No. 242693)
MOUNT, SPELMAN & FINGERMAN, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: dmount@mount.com; kpasquinelli@mount.com; onlu@mount.com

Counsel for USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC.;
and WALTER LIEW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendants | Case No. 3:11-cv-01665 (MEJ)<br><br>**DECLARATION OF KEVIN PASQUINELLI IN SUPPORT OF USA PERFORMANCE TECHNOLOGY, INC. and DR. WALTER LIEW'S OPPOSITION TO DUPONT'S MOTION TO STRIKE**<br><br>**Hearing Date: July 1, 2011**<br><br>**Time: 9:00 a.m.**<br><br>**Honorable Judge Jeffrey S. White** |

**DECLARATION OF KEVIN PASQUINELLI IN SUPPORT OF USA PERFORMANCE TECHNOLOGY, INC. and DR. WALTER LIEW'S OPPOSITION TO DUPONT'S MOTION TO STRIKE**
3:09-CV-04255 RS

i

## DECLARATION OF KEVIN PASQUINELLI

I, Kevin Pasquinelli, declare as follows:

1. My name is Kevin Pasquinelli. I am an attorney with Mount, Spelman, and Fingerman, counsel for Defendants USA Performance Technology, Inc., Performance Group (USA), Inc.; and Walter Liew . I have personal knowledge of the facts set forth in this declaration and, if called upon to testify in this Court as to those facts, my testimony would be as stated herein.

2. Attached as Exhibit A is a copy of what purports to be a DuPont press release dated 3/1/05, which I downloaded off the World Wide Web on about 6/6/2011.

3. Attached as Exhibit B is a copy of what purports to be an article from Chinaknowledge regarding DuPont's activities in China dated 3/17/2009, which I downloaded off the World Wide Web on about 6/6/2011.

4. Attached as Exhibit C is a copy of what purports to be an article from Industrial Minerals regarding DuPont's activities in China dated 9/2/2009, which I downloaded off the World Wide Web on about 6/6/2011.

5. Attached as Exhibit D is a copy of what purports to be a DuPont press release dated 3/10, which I downloaded off the World Wide Web on about 6/6/2011.

6. Attached as Exhibit E is a copy of what purports to be an article from CCM TiO2 Research, dated 12/9/2010, which I downloaded off the World Wide Web on about 6/6/2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on June 10, 2011.

Date: June 10, 2011                    MOUNT, SPELMAN & FINGERMAN, P.C.


                                       /s/ Kevin M. Pasquinelli
                                       _____

                                       Kevin M. Pasquinelli, Esq.
                                       Counsel for USA PERFORMANCE TECHNOLOGY, INC. and
                                       DR. WALTER LIEW

**DECLARATION OF KEVIN PASQUINELLI IN SUPPORT OF USA PERFORMANCE TECHNOLOGY, INC. and DR. WALTER LIEW'S OPPOSITION TO DUPONT'S MOTION TO STRIKE**
3:09-CV-04255 RS

1

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
E333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF KEVIN PASQUINELLI IN SUPPORT OF USA PERFORMANCE TECHNOLOGY, INC. and DR. WALTER LIEW'S OPPOSITION TO DUPONT'S MOTION TO STRIKE**
3:09-CV-04255 RS

2