Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
On Lu, Esq. (Cal. Bar No. 242693)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; kpasquinelli@mount.com; olu@mount.com;

Counsel for USA Performance Technology, Inc., and
      Walter Liew

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendant | Case No. C11-01665-JSW<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Fed. R. Civ. Pro. 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Christina Liew, wife of Walter Liew

Dated:  June 27, 2011                                   MOUNT & STOELKER. P.C.

                                                By:     /s/ Kevin M. Pasquinelli
                                                        Kevin M. Pasquinelli
                                                Attorneys for Defendants USA Performance Technology, Inc., and Walter Liew.

Defendants USA Performance Technology, Inc., and Walter Liew. Certificate of Interested Entities or Persons            1