GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
        jjowers@morrisjames.com

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendants. | Case No. 3:11-cv-01665-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PROVIDE INITIAL DISCLOSURES** |

**STIPULATION BY THE PARTIES:**

On June 30, 2011, the parties met pursuant to FRCP 26(f) to discuss the matters covered by FRCP 26(f)(2). The parties agree that certain of the disclosures required by FRCP 26(a) cannot be made until the parties have reached agreement regarding California Code of

1  Civil Procedures section 2019.210 and an appropriate protective order. Accordingly, the parties
2  have agreed to serve their FRCP 26(a) initial disclosures by August 12, 2011, assuming there are
3  no outstanding issues regarding the 2019.210 statements, or protective order, at that time. If
4  such issues remain, they will seek the Court's guidance.

5  All other issues discussed by the parties during their FRCP 26(f) conference, including
6  the agreed-upon discovery plan, will be set forth in more detail in the Joint Case Management
7  Statement.

Dated: July 12, 2011

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
MORGAN K. LOPEZ
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

MORRIS JAMES LLP
P. CLARKSON COLLINS, JR.
JASON C. JOWERS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

By /s/ Morgan K. Lopez
Attorneys for Plaintiff

Dated: July 12, 2011

MOUNT & STOELKER, P.C.
KEVIN M. PASQUINELLI
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740

By /s/ Kevin M. Pasquinelli
Attorneys for Defendants USA Performance
Technology, Inc., Walter Liew

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

July 12, 2011

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE