UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: **July 22, 2011**                          Time in Court: **10 minutes**

**JUDGE: JEFFREY S. WHITE**                **Court Reporter**:  **Sahar Bartlett**

**Courtroom Deputy**: Jennifer Ottolini

**CASE NO. C-11-1665  JSW**

**TITLE:**  E. I. DuPont De Nemours and Company v. USA Performance Technology, et al.,

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**
**Clement Glynn**                                 **Daniel Mount**

**PROCEEDINGS:**   Case Management Conference


**RESULTS:**   Counsel informed the Court that search warrants have been executed on defendants.

The Court ordered the case STAYED until 9-30-11, pending criminal investigation.

Counsel shall submit a joint status report on or before 9-23-11.