ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

August 1, 2011

To:     Counsel of Record

Re:    E.I. Du Pont De Nemours and Company v. USA Performance Technology, Inc.
       Case No. C 11-01665 JSW ENE

Dear Counsel:

The ADR Program would like to convene a conference call with a member of the ADR Program Legal Staff to discuss the ADR referral. We have scheduled this call for **Thursday, August 11, 2011 at 10:30 a.m. pacific time.**

For the convenience of the parties and in lieu of ADR L.R. 3-5(d)(2), the court has arranged for a dial-in conference line for this call. The call-in service that the court uses does require a long-distance telephone call. If the cost of calling the number presents a problem, please contact the ADR Office and other arrangements shall be made. The call-in information is as follows:

**Call-in Number:**     712-775-7400

**Access Code:**        1043914

If we do not hear otherwise we will assume you are available. Please call me 415-522-3148 if you have any questions.

Thank you for your attention to this matter.

Sincerely,

/s/

Alice Fiel
ADR Case Administrator