1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   PETER B. AXELROD (CABN 190843)
5  Assistant United States Attorneys

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: john.hemann@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,       ) No. CR-11-0573-RS
   |                                 )
15 |         Plaintiff,              )
   |                                 ) NOTICE OF RELATED CASE
16 |    v.                           )
   |                                 )
17 | WALTER LIEW AND CHRISTINA LIEW, )
   |                                 )
18 |         Defendants.             )
   |                                 )
19 |_____)
   |                                 )
   | E.I. DUPONT DE DEMOURS AND      )
20 | COMPANY,                        )
   |                                 )
21 |         Plaintiff,              ) No. C-11-1665-JSW
   |                                 )
22 |                                 )
   |    v.                           )
23 |                                 )
   | USA PERFORMANCE TECHNOLOGY,     )
24 | INC., PERFORMANCE GROUP (USA),  )
   | INC., WALTER LIEW, and JOHN LIU,)
25 |                                 )
   |         Defendants.             )
26 |_____)

27     1.   The United States hereby notifies the Court pursuant to Criminal L.R. 8-1 that

28 United States v. Walter Liew and Christina Liew, No. CR-11-0573-RS, may be related to E.I.

NOTICE OF RELATED CASE
NOS. CR-11-0573-RS & C-11-1665-JSW

1    DuPont De Nemours and Company v. USA Performance Technology, Inc., et al., No. C-11-
2    1665-JSW, a previously filed civil action.

3        2(a).   E.I. DuPont De Nemours and Company v. USA Performance Technology, Inc.
4    (USAPTI), et al., No. C-11-1665-JSW, was filed on April 6, 2011. The complaint alleges that
5    the defendants "wrongfully obtained and possess confidential, proprietary, trade secret materials
6    providing detailed specifications for DuPont's chloride-route titanium dioxide ('TiO2') pigment
7    manufacturing process." The complaint alleges that DuPont discovered that defendant JOHN
8    LIU possessed a number of specific items of information that were derived from proprietary
9    DuPont technologies and that LIU obtained this information from defendant WALTER LIEW
10   and his company USAPTI.

11       2(b).   United States v. Walter Liew and Christina Liew, No. CR-11-0573-RS, was filed
12   on August 23, 2011. The indictment alleges that WALTER LIEW and his wife, CHRISTINA
13   LIEW, tampered with a witness in the above-referenced civil case filed by DuPont (No. C-11-
14   1665-JSW), by among other things, telling the witness not to reveal his knowledge of certain
15   employees of defendant USAPTI because it would not be good for the witness or his family, and
16   instructing the witness to lie about his knowledge of certain individuals relevant to the trade
17   secret case, in violation of 18 U.S.C. § 1512. The indictment also alleges that WALTER LIEW
18   and CHRISTINA LIEW engaged in misleading conduct towards agents of the Federal Bureau of
19   Investigation and made false statements during the execution of a search warrant by intentionally
20   lying to the agents about the whereabouts of a safe deposit box that contained evidence relevant
21   to the FBI's investigation, in violation of 18 U.S.C. §§ 1001 and 1512.

22       3.   The two actions concern a common defendant, WALTER LIEW. The criminal
23   action alleges an effort to tamper with a witness in an effort to obstruct the civil action.
24   Accordingly, the two actions may be related according to the criteria set forth in Criminal L.R. 8-
25   1(b).
26   / / /
27   / / /
28   / / /

1   4. Assignment of these two actions to a single Judge is likely to conserve judicial
2   resources and promote and efficient determination of the action.
3
4   DATED: September 2, 2011                    Respectfully submitted,
5                                               MELINDA HAAG
                                                United States Attorney
6
7
                                                _____/s/_____
8                                               JOHN H. HEMANN
                                                PETER B. AXELROD
9                                               Assistant United States Attorneys
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28