1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  MORGAN K. LOPEZ, Bar No. 215513
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  MORRIS JAMES LLP
   P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7  Jason C. Jowers, *Pro Hac Vice Pending*
   500 Delaware Avenue, Suite 1500
8  Wilmington, Delaware 19801
   Telephone: (302) 888-6800
9  Facsimile: (302) 571-1750
   E-mail: pcollins@morrisjames.com
10         jjowers@morrisjames.com

11 Attorneys for E. I. du Pont de Nemours and Company

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 E. I. DU PONT DE NEMOURS AND              ) **Case No. 3:11-cv-01665-JSW**
   COMPANY,                                  )
16                                           ) **PLAINTIFF'S DISMISSAL OF**
                                             ) **DEFENDANT JOHN LIU WITHOUT**
17         Plaintiff,                        ) **PREJUDICE**
                                             )
18         v.                                )
                                             )
19                                           )
   USA PERFORMANCE TECHNOLOGY,               )
20 INC., PERFORMANCE GROUP (USA),            )
   INC., WALTER LIEW, and JOHN LIU,          )
21                                           )
           Defendants.                       )
22 _____)

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

- 1 -
DISMISSAL OF JOHN LIU WITHOUT PREJUDICE          :11-cv-01665-JSW

Pursuant to Federal Rule of Civil Procedures 41(a)(1) Plaintiff E.I. du Pont de Nemours and Company hereby dismisses Defendant John Liu, who has filed neither an answer nor a motion for summary judgment, *without prejudice*.

Dated: September 16, 2011

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
MORGAN K. LOPEZ
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

MORRIS JAMES LLP
P. CLARKSON COLLINS, JR.
JASON C. JOWERS
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

By_____/s/Morgan K. Lopez_____
Attorneys for Plaintiff