1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   MORGAN K. LOPEZ, Bar No. 215513
    JONATHAN A. ELDREDGE, Bar No. 238559
3   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
4   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
5   Facsimile: (925) 945-1975

6   MORRIS JAMES LLP
    P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7   Jason C. Jowers, *Pro Hac Vice Pending*
8   500 Delaware Avenue, Suite 1500
    Wilmington, Delaware  19801
9   Telephone:  (302) 888-6800
    Facsimile:  (302) 571-1750
10  E-mail:  pcollins@morrisjames.com
11           jjowers@morrisjames.com

12  Attorneys for E. I. du Pont de Nemours and Company

13

                     UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16                                              )   **Case No. 3:11-cv-01665-JSW**
    E. I. DU PONT DE NEMOURS AND                )
17  COMPANY,                                    )   **JOINT STATUS REPORT**
                                                )
18                                              )
                    Plaintiff,                  )
19                                              )   Judge: Hon. Jeffrey S. White
                                                )
    v.                                          )
20                                              )
                                                )
21  USA PERFORMANCE TECHNOLOGY,                 )
    INC., PERFORMANCE GROUP (USA),              )
22  INC., WALTER LIEW, and JOHN LIU,            )
                                                )
23                  Defendants.                 )
                                                )
24

25  ///

26  ///

27  ///

28  ///

1    Pursuant to the Court's July 22, 2011, Minute Order, Plaintiff E.I. Du Pont De Nemours

2    and Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc.

3    (collectively "USAPT") submit this Joint Status Report.  The parties request that the stay remain

4    in place for an additional 60 days.

5    On August 23, 2011, the United States filed *United States v. Walter Liew and Christina*

6    *Liew*, No. CR-11-0573-RS.

7    **DuPont's Position**: The indictment alleges that defendant Walter Liew and his wife,

8    Christina Liew, tampered with a witness in this action by, among other things, telling the witness

9    not to reveal his knowledge of certain employees of defendant USAPTI because it would not be

10   good for the witness or his family, and instructing the witness to lie about his knowledge of

11   certain individuals relevant to the trade secret case, in violation of 18 U.S.C. § 1512.  The

12   indictment also alleges that Walter Liew and Christina Liew engaged in misleading conduct

13   towards agents of the Federal Bureau of Investigation and made false statements during the

14   execution of a search warrant by intentionally lying to the agents concerning the whereabouts of a

15   safe deposit box that contained evidence relevant to the FBI's investigation, in violation of 18

16   U.S.C. §§ 1001 and 1512.  (Docket # 41 at 2.)

17   **USAPT's Position**: Defendants believe that the August 23 Complaint speaks for itself,

18   and no further explanation or commentary is appropriate or needed.

19   On September 7, 2011, this Court issued an Order relating the criminal proceeding with

20   this action, pursuant to its determination that this action and the criminal proceeding are related

21   within the meaning of Crim. L.R. 8-1(b).  (Docket # 42.)[1]

22   Walter Liew remains in custody.  The United States has informed the Court that it plans

23   to file a superseding indictment in early November relating to the misappropriation of DuPont's

24   trade secrets.   The undersigned counsel agree that the stay remain in place for an additional 60

25   days, at which time the parties can update the Court.

26   ///

---

27   [1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to
     Federal Rule of Civil Procedure 41(a)(1).  (Docket # 43.)  Thus, the only remaining defendants in
28   this action are Walter Liew and his company, USA Performance Technology Inc.

1    Dated: September 23, 2011          GLYNN & FINLEY, LLP
                                        CLEMENT L. GLYNN
2                                       MORGAN K. LOPEZ
                                        JONATHAN A. ELDREDGE
3                                       One Walnut Creek Center
                                        100 Pringle Avenue, Suite 500
4                                       Walnut Creek, CA  94596

5                                       MORRIS JAMES LLP
                                        P. CLARKSON COLLINS, JR.
6                                       JASON C. JOWERS
                                        500 Delaware Avenue, Suite 1500
7                                       Wilmington, DE 19801

8                                       By /s/ Morgan K. Lopez
                                           Attorneys for Plaintiff
9
     Dated: September 23, 2011          MOUNT & STOELKER, P.C.
10                                      DANIEL S. MOUNT
                                        ON LU
11                                      KEVIN M. PASQUINELLI
                                        RiverPark Tower, Suite 1650
12                                      333 West San Carlos Street
                                        San Jose, CA 95110-2740
13
                                        By /s/ Daniel S. Mount
14                                         Attorneys for Defendants USA Performance
                                           Technology, Inc., and Walter Liew
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
JOINT STATUS REPORT