GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
jjowers@morrisjames.com

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendants. | **Case No. 3:11-cv-01665-JSW**<br><br>**JOINT STATUS REPORT**<br>**AND ORDER CONTINUING STAY**<br><br>Judge: Hon. Jeffrey S. White |

///

///

///

///

JOINT STATUS REPORT

Pursuant to the Court's July 22, 2011, Minute Order, Plaintiff E.I. Du Pont De Nemours and Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc. (collectively "USAPT") submit this Joint Status Report. The parties request that the stay remain in place for an additional 60 days.

On August 23, 2011, the United States filed *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-RS.

**DuPont's Position**: The indictment alleges that defendant Walter Liew and his wife, Christina Liew, tampered with a witness in this action by, among other things, telling the witness not to reveal his knowledge of certain employees of defendant USAPTI because it would not be good for the witness or his family, and instructing the witness to lie about his knowledge of certain individuals relevant to the trade secret case, in violation of 18 U.S.C. § 1512. The indictment also alleges that Walter Liew and Christina Liew engaged in misleading conduct towards agents of the Federal Bureau of Investigation and made false statements during the execution of a search warrant by intentionally lying to the agents concerning the whereabouts of a safe deposit box that contained evidence relevant to the FBI's investigation, in violation of 18 U.S.C. §§ 1001 and 1512. (Docket # 41 at 2.)

**USAPT's Position**: Defendants believe that the August 23 Complaint speaks for itself, and no further explanation or commentary is appropriate or needed.

On September 7, 2011, this Court issued an Order relating the criminal proceeding with this action, pursuant to its determination that this action and the criminal proceeding are related within the meaning of Crim. L.R. 8-1(b). (Docket # 42.)[1]

Walter Liew remains in custody. The United States has informed the Court that it plans to file a superseding indictment in early November relating to the misappropriation of DuPont's trade secrets. The undersigned counsel agree that the stay remain in place for an additional 60 days, at which time the parties can update the Court.

///

---

[1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket # 43.) Thus, the only remaining defendants in this action are Walter Liew and his company, USA Performance Technology Inc.

| | | |
|---|---|---|
| 1 | Dated: September 23, 2011 | GLYNN & FINLEY, LLP |
| 2 | | CLEMENT L. GLYNN |
| | | MORGAN K. LOPEZ |
| 3 | | JONATHAN A. ELDREDGE |
| | | One Walnut Creek Center |
| 4 | | 100 Pringle Avenue, Suite 500 |
| | | Walnut Creek, CA 94596 |
| 5 | | |
| | | MORRIS JAMES LLP |
| 6 | | P. CLARKSON COLLINS, JR. |
| | | JASON C. JOWERS |
| 7 | | 500 Delaware Avenue, Suite 1500 |
| | | Wilmington, DE 19801 |
| 8 | | |
| | | By /s/ Morgan K. Lopez |
| 9 | | Attorneys for Plaintiff |
| 10 | Dated: September 23, 2011 | MOUNT & STOELKER, P.C. |
| | | DANIEL S. MOUNT |
| 11 | | ON LU |
| | | KEVIN M. PASQUINELLI |
| 12 | | RiverPark Tower, Suite 1650 |
| | | 333 West San Carlos Street |
| 13 | | San Jose, CA 95110-2740 |
| 14 | | By /s/ Daniel S. Mount |
| | | Attorneys for Defendants USA Performance |
| 15 | | Technology, Inc., and Walter Liew |

*IT IS SO ORDERED*

*Judge Jeffrey S. White*

UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA

Dated: September 29, 2011

- 3 -
JOINT STATUS REPORT