1 GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
2 MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
3 One Walnut Creek Center
100 Pringle Avenue, Suite 500
4 Walnut Creek, CA 94596
Telephone: (925) 210-2800
5 Facsimile: (925) 945-1975

6 MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7 Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
8 Wilmington, Delaware 19801
Telephone: (302) 888-6800
9 Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
10          jjowers@morrisjames.com

11 Attorneys for E. I. du Pont de Nemours and Company

12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16 E. I. DU PONT DE NEMOURS AND          )   **Case No. 3:11-cv-01665-JSW**
   COMPANY,                              )
17                                       )   **JOINT STATUS REPORT**
                                         )
18         Plaintiff,                    )
                                         )   Judge: Hon. Jeffrey S. White
19    v.                                 )
                                         )
20 USA PERFORMANCE TECHNOLOGY,           )
   INC., PERFORMANCE GROUP (USA),        )
21 INC., WALTER LIEW, and JOHN LIU,      )
                                         )
22         Defendants.                   )
                                         )
23 _____)

24

25     For the Court's convenience, Plaintiff E.I. du Pont de Nemours and Company ("DuPont")

26 and defendants Walter Liew and USA Performance Technology, Inc. (collectively "USAPT")

27 submit this Joint Status Report. The parties request that the stay in this matter set to expire on

28 November 29, 2011, remain in place for an additional 60 days, through January 31, 2012.

1   On August 23, 2011, the United States filed *United States v. Walter Liew and Christina
2   Liew*, No. CR-11-0573-RS.
3   DuPont's Position: The indictment alleges that defendant Walter Liew and his wife,
4   Christina Liew, tampered with a witness in this action by, among other things, telling the witness
5   not to reveal his knowledge of certain employees of defendant USAPTI because it would not be
6   good for the witness or his family, and instructing the witness to lie about his knowledge of
7   certain individuals relevant to the trade secret case, in violation of 18 U.S.C. § 1512. The
8   indictment also alleges that Walter Liew and Christina Liew engaged in misleading conduct
9   towards agents of the Federal Bureau of Investigation and made false statements during the
10  execution of a search warrant by intentionally lying to the agents concerning the whereabouts of
11  a safe deposit box that contained evidence relevant to the FBI's investigation, in violation of 18
12  U.S.C. §§ 1001 and 1512. (Docket # 41 at 2.)
13  USAPT's Position: Defendants believe that the August 23 Complaint speaks for itself,
14  and no further explanation or commentary is appropriate or needed.
15  On September 7, 2011, this Court issued an Order relating the criminal proceeding with
16  this action, pursuant to its determination that this action and the criminal proceeding are related
17  within the meaning of Crim. L.R. 8-1(b). (Docket # 42.)[1]
18  On September 23, 2011, the parties filed a joint status report requesting that the stay
19  initially entered on July 22, 2011 (Docket # 39), be extended for an additional 60 days. (Docket
20  # 44.) On September 29, 2011, the Court granted the parties' request. (Docket # 45.)
21  The parties understand that the United States plans to file a superseding indictment in
22  December relating to the misappropriation of DuPont's trade secrets. The parties to the criminal
23  proceedings are in agreement that this civil action should be stayed for an additional 60 days.
24  / / /
25  / / /
26
27  [1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket # 43.) Thus, the only remaining defendants
28  in this action are Walter Liew and his company, USA Performance Technology Inc.

1  The undersigned counsel are also in agreement that the stay remain in place for an additional 60

2  days, at which time the parties can update the Court.

3

4   Dated: November 23, 2011         GLYNN & FINLEY, LLP
                                     CLEMENT L. GLYNN
5                                    MORGAN K. LOPEZ
                                     JONATHAN A. ELDREDGE
6                                    One Walnut Creek Center
                                     100 Pringle Avenue, Suite 500
7                                    Walnut Creek, CA  94596

8                                    MORRIS JAMES LLP
                                     P. CLARKSON COLLINS, JR.
9                                    JASON C. JOWERS
                                     500 Delaware Avenue, Suite 1500
10                                   Wilmington, DE 19801

11                                   By /s/ Morgan K. Lopez
                                        Attorneys for Plaintiff
12
    Dated: November 23, 2011          MOUNT & STOELKER, P.C.
13                                    DANIEL S. MOUNT
                                      ON LU
14                                    KEVIN M. PASQUINELLI
                                      RiverPark Tower, Suite 1650
15                                    333 West San Carlos Street
                                      San Jose, CA 95110-2740
16
                                      By /s/ Daniel S. Mount
17                                       Attorneys for Defendants USA Performance
                                         Technology, Inc., and Walter Liew
18

19

20

21

22

23

24

25

26

27

28