1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  MORGAN K. LOPEZ, Bar No. 215513
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  MORRIS JAMES LLP
7  P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
   Jason C. Jowers, *Pro Hac Vice Pending*
8  500 Delaware Avenue, Suite 1500
   Wilmington, Delaware  19801
9  Telephone:  (302) 888-6800
   Facsimile:  (302) 571-1750
10 E-mail:  pcollins@morrisjames.com
11         jjowers@morrisjames.com

12 Attorneys for E. I. du Pont de Nemours and Company

13                UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16                                    )  **Case No. 3:11-cv-01665-JSW**
                                      )
17 E. I. DU PONT DE NEMOURS AND       )  **[PROPOSED] ORDER EXTENDING**
   COMPANY,                           )  **STAY OF ACTION**
18                                    )
              Plaintiff,              )
19                                    )  Judge:  Hon. Jeffrey S. White
                                      )  Hearing Date:  None
20        v.                          )
                                      )
21 USA PERFORMANCE TECHNOLOGY,        )
   INC., PERFORMANCE GROUP (USA),     )
22 INC., WALTER LIEW, and JOHN LIU,   )
                                      )
23            Defendants.             )
                                      )
24 _____   )

25        On November 23, 2011, the parties filed a Joint Status Report in which they

26 requested that the stay in this matter that is set to expire on November 29, 2011, remain in place

27 for an additional 60 days, through January 31, 2012.  Having read and considered the Joint Status

28 Report,

                                   - 1 -

1  **IT IS ORDERED THAT:**

2      The parties' request that the stay be extended until January 31, 2012 is hereby

3  GRANTED.  Counsel shall submit a joint status report on or before January 24, 2012.

4

5

6  November __, 2011

7                                          Honorable Jeffrey S. White
                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER EXTENDING STAY