GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

MORRIS JAMES LLP
P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
Jason C. Jowers, *Pro Hac Vice Pending*
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: pcollins@morrisjames.com
jjowers@morrisjames.com

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>　　　　　Defendants. | **Case No. 3:11-cv-01665-JSW**<br><br>[PROPOSED] **ORDER EXTENDING STAY OF ACTION**<br><br>Judge: Hon. Jeffrey S. White<br>Hearing Date: None |

On November 23, 2011, the parties filed a Joint Status Report in which they requested that the stay in this matter that is set to expire on November 29, 2011, remain in place for an additional 60 days, through January 31, 2012. Having read and considered the Joint Status Report,

- 1 -
[PROPOSED] ORDER EXTENDING STAY

- 2 -

1     **IT IS ORDERED THAT:**

2     The parties' request that the stay be extended until January 31, 2012 is hereby

3     GRANTED. Counsel shall submit a joint status report on or before January 24, 2012.

6     November 29, 2011

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE