1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  MORGAN K. LOPEZ, Bar No. 215513
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  MORRIS JAMES LLP
   P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7  Jason C. Jowers, *Pro Hac Vice Pending*
   500 Delaware Avenue, Suite 1500
8  Wilmington, Delaware 19801
   Telephone: (302) 888-6800
9  Facsimile: (302) 571-1750
   E-mail: pcollins@morrisjames.com
10         jjowers@morrisjames.com

11 Attorneys for E. I. du Pont de Nemours and Company

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 E. I. DU PONT DE NEMOURS AND      )   Case No. 3:11-cv-01665-JSW
   COMPANY,                          )
17                                   )   **JOINT STATUS REPORT AND**
                                     )   **[PROPOSED] ORDER EXTENDING**
          Plaintiff,                 )   **STAY OF ACTION**
18                                   )
       v.                            )
19                                   )   Judge: Hon. Jeffrey S. White
   USA PERFORMANCE TECHNOLOGY,       )   Hearing Date: None
20 INC., PERFORMANCE GROUP (USA),    )
   INC., WALTER LIEW, and JOHN LIU,  )
21                                   )
          Defendants.                )
22                                   )
                                     )
23 _____ )

24      Pursuant to the Court's January 31, 2012 Order, Plaintiff E. I. du Pont de Nemours and

25 Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc.

26 (collectively "USAPT") submit this Joint Status Report. The parties request that the stay in this

27 matter set to expire on April 2, 2012, remain in place for an additional 60 days, through May 31,

28 2012.

1      On August 23, 2011, the United States filed *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-RS. On February 7, 2012, the United States filed a superseding indictment in said action. *Id.* at Docket # 64.

4      <u>DuPont's Position</u>: The superseding indictment alleges that defendant Walter Liew, his wife, Christina Liew, and several other defendants violated multiple federal trade secret and economic espionage laws when they stole – and utilized – the trade secrets at issue in this action. *Inter alia*, Mr. Liew is charged with Conspiracy to Commit Economic Espionage, Conspiracy to Commit Theft of Trade Secrets, Possession of Trade Secrets, Conveying Trade Secrets, Witness Tampering, and False Statements. *See id.* ¶¶ 16-97. In addition, the superseding indictment identifies five DuPont trade secrets relating to its TiO2 technology at issue in the criminal action. *Id.* ¶ 14.

12      <u>USAPT's Position</u>: Defendants believe that the superseding indictment speaks for itself, and no further explanation or commentary is appropriate or needed.

14      On September 7, 2011, this Court issued an Order relating the criminal proceeding with this action, pursuant to its determination that this action and the criminal proceeding are related within the meaning of Crim. L.R. 8-1(b). (Docket # 42.)[1]

17      On September 23, 2011, the parties filed a joint status report requesting that the stay initially entered on July 22, 2011 (Docket # 39), be extended for an additional 60 days. (Docket # 44.) On September 29, 2011, the Court granted the parties' request. (Docket # 45.)

20      On November 23, 2011, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 46.) The Court granted the parties' request on November 29, 2011. (Docket # 48.)

23      On January 24, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 49.) The Court granted the parties' request on January 31, 2012. (Docket # 50.)

---

[1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket # 43.) Thus, the only remaining defendants in this action are Walter Liew and his company, USA Performance Technology Inc.

1     The undersigned counsel request that the stay remain in place for an additional 60 days, at
2 which time the parties will update the Court.

3     Dated: March 26, 2012     GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN
4     MORGAN K. LOPEZ
    JONATHAN A. ELDREDGE
5     One Walnut Creek Center
    100 Pringle Avenue, Suite 500
6     Walnut Creek, CA 94596

7     MORRIS JAMES LLP
    P. CLARKSON COLLINS, JR.
8     JASON C. JOWERS
    500 Delaware Avenue, Suite 1500
9     Wilmington, DE 19801

10     By /s/ Morgan K. Lopez
    Attorneys for Plaintiff
11
    Dated: March 26, 2012     MOUNT & STOELKER, P.C.
12     DANIEL S. MOUNT
    ON LU
13     KEVIN M. PASQUINELLI
    RiverPark Tower, Suite 1650
14     333 West San Carlos Street
    San Jose, CA 95110-2740
15
    By /s/ Daniel S. Mount
16     Attorneys for Defendants USA Performance
    Technology, Inc., and Walter Liew

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY

[PROPOSED] ORDER

Having read and considered the Joint Status Report,

**IT IS ORDERED THAT:**

The parties' request that the stay be extended until May 31, 2012 is hereby GRANTED. Counsel shall submit a joint status report on or before May 24, 2012.

March 27, 2012

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE