1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   MORGAN K. LOPEZ, Bar No. 215513
    JONATHAN A. ELDREDGE, Bar No. 238559
3   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
4   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
5   Facsimile: (925) 945-1975

6   MORRIS JAMES LLP
    P. Clarkson Collins, Jr., *Pro Hac Vice Pending*
7   Jason C. Jowers, *Pro Hac Vice Pending*
    500 Delaware Avenue, Suite 1500
8   Wilmington, Delaware  19801
    Telephone:  (302) 888-6800
9   Facsimile:  (302) 571-1750
    E-mail:  pcollins@morrisjames.com
10           jjowers@morrisjames.com

11  Attorneys for E. I. du Pont de Nemours and Company

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15
                                          )   **Case No. 3:11-cv-01665-JSW**
16  E. I. DU PONT DE NEMOURS AND          )
    COMPANY,                              )   **JOINT STATUS REPORT AND**
17                                        )   **[PROPOSED] ORDER EXTENDING**
                  Plaintiff,              )   **STAY OF ACTION**
18                                        )
          v.                              )
19                                        )   Judge: Hon. Jeffrey S. White
    USA PERFORMANCE TECHNOLOGY,           )   Hearing Date:  None
20  INC., PERFORMANCE GROUP (USA),        )
    INC., WALTER LIEW, and JOHN LIU,      )
21                                        )
                  Defendants.             )
22                                        )
                                          )
23  _____      )

24        Pursuant to the Court's March 27, 2012 Order, Plaintiff E. I. du Pont de Nemours and

25  Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc.

26  (collectively "USAPT") submit this Joint Status Report.  The parties request that the stay in this

27  matter set to expire on July 30, 2012, remain in place for an additional 60 days, through

28  September 28, 2012.

- 1 -

1    On August 23, 2011, the United States filed *United States v. Walter Liew and Christina*

2    *Liew*, No. CR-11-0573-RS.  On February 7, 2012, the United States filed a superseding

3    indictment in said action.  *Id.* at Docket # 64.

4    <u>DuPont's Position</u>: The superseding indictment alleges that defendant Walter Liew, his

5    wife, Christina Liew, and several other defendants violated multiple federal trade secret and

6    economic espionage laws when they stole – and utilized – the trade secrets at issue in this action.

7    *Inter alia*, Mr. Liew is charged with Conspiracy to Commit Economic Espionage, Conspiracy to

8    Commit Theft of Trade Secrets, Possession of Trade Secrets, Conveying Trade Secrets, Witness

9    Tampering, and False Statements.  *See id.* ¶¶ 16-97.  In addition, the superseding indictment

10   identifies five DuPont trade secrets relating to its TiO2 technology at issue in the criminal action.

11   *Id.* ¶ 14.

12   <u>USAPT's Position</u>: Defendants believe that the superseding indictment speaks for itself,

13   and no further explanation or commentary is appropriate or needed.

14   On September 7, 2011, this Court issued an Order relating the criminal proceeding with

15   this action, pursuant to its determination that this action and the criminal proceeding are related

16   within the meaning of Crim. L.R. 8-1(b).  (Docket # 42.)[1]

17   On September 23, 2011, the parties filed a joint status report requesting that the stay

18   initially entered on July 22, 2011 (Docket # 39), be extended for an additional 60 days.  (Docket

19   # 44.)  On September 29, 2011, the Court granted the parties' request.  (Docket # 45.)

20   On November 23, 2011, the parties filed an additional joint status report requesting that

21   the stay be extended for an additional 60 days.  (Docket # 46.)  The Court granted the parties'

22   request on November 29, 2011.  (Docket # 48.)

23   On January 24, 2012, the parties filed an additional joint status report requesting that the

24   stay be extended for an additional 60 days.  (Docket # 49.)  The Court granted the parties'

25   request on January 31, 2012.  (Docket # 50.)

26

27   [1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to
     Federal Rule of Civil Procedure 41(a)(1).  (Docket # 43.)  Thus, the only remaining defendants
28   in this action are Walter Liew and his company, USA Performance Technology Inc.

1    On March 26, 2012, the parties filed an additional joint status report requesting that the

2  stay be extended for an additional 60 days.  (Docket # 51.)  The Court granted the parties'

3  request on March 27, 2012.  (Docket # 52.)

4    On May 23, 2012, the parties filed an additional joint status report requesting that the

5  stay be extended for an additional 60 days.  (Docket # 53.)  The Court granted the parties'

6  request on May 23, 2012.  (Docket # 54).

7    The undersigned counsel request that the stay remain in place for an additional 60 days,

8  at which time the parties will update the Court.

9    Dated: July 23, 2012                GLYNN & FINLEY, LLP
                                          CLEMENT L. GLYNN
10                                        MORGAN K. LOPEZ
                                          JONATHAN A. ELDREDGE
11                                        One Walnut Creek Center
                                          100 Pringle Avenue, Suite 500
12                                        Walnut Creek, CA  94596

13                                        MORRIS JAMES LLP
                                          P. CLARKSON COLLINS, JR.
14                                        JASON C. JOWERS
                                          500 Delaware Avenue, Suite 1500
15                                        Wilmington, DE 19801

16                                        By  /s/ Morgan K. Lopez
                                          Attorneys for Plaintiff
17

18   Dated: July 23, 2012                MOUNT & STOELKER, P.C.
                                          DANIEL S. MOUNT
                                          ON LU
19                                        KEVIN M. PASQUINELLI
                                          RiverPark Tower, Suite 1650
20                                        333 West San Carlos Street
                                          San Jose, CA 95110-2740
21

22                                        By  /s/ Daniel S. Mount
                                          Attorneys for Defendants USA Performance
                                          Technology, Inc., and Walter Liew
23

24

25

26

27

28

1                                      **[PROPOSED] ORDER**

2        Having read and considered the Joint Status Report,

3        **IT IS ORDERED THAT:**

4        The parties' request that the stay be extended until September 28, 2012 is hereby

5 GRANTED.  Counsel shall submit a joint status report on or before September 21, 2012.

6

7

8 July _____, 2012

                                              Honorable Jeffrey S. White

9                                               UNITED STATES DISTRICT

10                                                 JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28