GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU, <br><br> Defendants. | Case No. 3:11-cv-01665-JSW <br><br> **JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY OF ACTION** <br><br> Judge: Hon. Jeffrey S. White <br> Hearing Date: None |

Pursuant to the Court's January 18, 2013 Order, Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc. (collectively "USAPT") submit this Joint Status Report.  The parties request that the stay in this matter set to expire on March 26, 2013, remain in place for an additional 60 days, through May 27, 2013.

On August 23, 2011, the United States filed *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-RS.  On February 7, 2012, the United States filed a superseding indictment in said action.  *Id.* at Docket # 64.  On March 12, 2013, the United States filed a Second Superseding Indictment.  *Id.* at Docket # 269,

1    <u>DuPont's Position</u>: The second superseding indictment alleges that defendant Walter

2    Liew, his wife, Christina Liew, and several other defendants violated multiple federal trade

3    secret and economic espionage laws when they stole – and utilized – the trade secrets at issue in

4    this action. *Inter alia*, Mr. Liew is charged with Conspiracy to Commit Economic Espionage,

5    Conspiracy to Commit Theft of Trade Secrets, Possession of Trade Secrets, Conveying Trade

6    Secrets, Witness Tampering, and False Statements. *See id.* ¶¶ 16-97.  In addition, the second

7    superseding indictment identifies five DuPont trade secrets relating to its TiO2 technology at

8    issue in the criminal action. *Id.* ¶ 14.

9    <u>USAPT's Position</u>: Defendants believe that the second superseding indictment speaks for

10   itself, and no further explanation or commentary is appropriate or needed.

11   On September 7, 2011, this Court issued an Order relating the criminal proceeding with

12   this action, pursuant to its determination that this action and the criminal proceeding are related

13   within the meaning of Crim. L.R. 8-1(b).  (Docket # 42.)[1]

14   On September 23, 2011, the parties filed a joint status report requesting that the stay

15   initially entered on July 22, 2011 (Docket # 39), be extended for an additional 60 days.  (Docket

16   # 44.)  On September 29, 2011, the Court granted the parties' request.  (Docket # 45.)

17   On November 23, 2011, the parties filed an additional joint status report requesting that

18   the stay be extended for an additional 60 days.  (Docket # 46.)  The Court granted the parties'

19   request on November 29, 2011.  (Docket # 48.)

20   On January 24, 2012, the parties filed an additional joint status report requesting that the

21   stay be extended for an additional 60 days.  (Docket # 49.)  The Court granted the parties'

22   request on January 31, 2012.  (Docket # 50.)

23   On March 26, 2012, the parties filed an additional joint status report requesting that the

24   stay be extended for an additional 60 days.  (Docket # 51.)  The Court granted the parties'

25   request on March 27, 2012.  (Docket # 52.)

26

27   [1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to
     Federal Rule of Civil Procedure 41(a)(1).  (Docket # 43.)  Thus, the only remaining defendants
28   in this action are Walter Liew and his company, USA Performance Technology Inc.

1    On May 23, 2012, the parties filed an additional joint status report requesting that the

2    stay be extended for an additional 60 days.  (Docket # 53).  The Court granted the parties'

3    request on May 23, 2012.  (Docket # 54).

4    On July 23, 2012, the parties filed an additional joint status report requesting that the stay

5    be extended for an additional 60 days.  (Docket # 55).  The Court granted the parties' request on

6    July 24, 2012.  (Docket # 56).

7    On September 21, 2012, the parties filed an additional joint status report requesting that

8    the stay be extended for an additional 60 days.  (Docket # 57).  The Court granted the parties'

9    request later that day.  (Docket # 58).

10   On November 20, 2012, the parties filed an additional joint status report requesting that

11   the stay be extended for an additional 60 days.  (Docket # 59).  The Court granted the parties'

12   request later that day.  (Docket # 60).

13   On January 18, 2013, the parties filed an additional joint status report requesting that the

14   stay be extended for an additional 60 days.  (Docket # 61).  The Court granted the parties'

15   request later that day.  (Docket # 62).

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY

1    The undersigned counsel request that the stay remain in place for an additional 60 days,

2  at which time the parties will update the Court.

3

4    Dated: March 26, 2013          GLYNN & FINLEY, LLP
                                    CLEMENT L. GLYNN
5                                   MORGAN K. LOPEZ
                                    JONATHAN A. ELDREDGE
6                                   One Walnut Creek Center
                                    100 Pringle Avenue, Suite 500
7                                   Walnut Creek, CA 94596

8                                   By /s/ Morgan K. Lopez
                                       Attorneys for Plaintiff
9
     Dated: March 26, 2013          MOUNT & STOELKER, P.C.
10                                  DANIEL S. MOUNT
                                    ON LU
11                                  KEVIN M. PASQUINELLI
                                    RiverPark Tower, Suite 1650
12                                  333 West San Carlos Street
                                    San Jose, CA 95110-2740
13
                                    By /s/ Daniel S. Mount
14                                     Attorneys for Defendants USA Performance
                                       Technology, Inc., and Walter Liew
15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY

1    **[PROPOSED] ORDER**

2    Having read and considered the Joint Status Report,

3    **IT IS ORDERED THAT:**

4    The parties' request that the stay be extended until May 27, 2013 is hereby GRANTED.

5    Counsel shall submit a joint status report on or before May 20, 2013.

6

7

8    March __26__, 2013

9    Honorable Jeffrey S. White
     UNITED STATES                                                    JUDGE

10

11

12                                        Judge Jeffrey S. White

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY