1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   MORGAN K. LOPEZ, Bar No. 215513
    JONATHAN A. ELDREDGE, Bar No. 238559
3   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
4   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
5   Facsimile: (925) 945-1975

6
    Attorneys for E. I. du Pont de Nemours and Company
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11                                          )   **Case No. 3:11-cv-01665-JSW**
     E. I. DU PONT DE NEMOURS AND            )
12   COMPANY,                                )   **JOINT STATUS REPORT AND**
                                             )   ~~**[PROPOSED]**~~ **ORDER EXTENDING**
13                 Plaintiff,                )   **STAY OF ACTION**
                                             )   **AS MODIFIED HEREIN**
14         v.                                )
                                             )   Judge: Hon. Jeffrey S. White
15   USA PERFORMANCE TECHNOLOGY,             )   Hearing Date:  None
     INC., PERFORMANCE GROUP (USA),          )
16   INC., WALTER LIEW, and JOHN LIU,        )
                                             )
17                 Defendants.               )
                                             )
18   _____)

19

20         Pursuant to the Court's May 21, 2013 Order, Plaintiff E. I. du Pont de Nemours and

21   Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc.

22   (collectively "USAPT") submit this Joint Status Report.  The parties request that the stay in this

23   matter set to expire on July 19, 2013, remain in place for an additional 60 days, through

24   September 17, 2013.

25         On April 6, 2011, DuPont filed the instant suit.  (Docket # 1.)  Defendants filed their

26   Substituted Answer and Counterclaim on July 11, 2011.  (Docket # 35.)  The action was first

27   stayed on July 22, 2011. (Docket # 39.)

28   ///

                                           - 1 -

1    On August 23, 2011, the United States filed *United States v. Walter Liew and Christina*

2  *Liew*, No. CR-11-0573-RS.  On February 7, 2012, the United States filed a superseding

3  indictment in said action.  (*Id.* at Docket # 64.)  On March 12, 2013, the United States filed a

4  Second Superseding Indictment.  (*Id.* at Docket # 269.)

5    DuPont's Position: The second superseding indictment alleges that defendant Walter

6  Liew, his wife, Christina Liew, and several other individual defendants violated multiple federal

7  trade secret and economic espionage laws when they stole – and utilized – the trade secrets at

8  issue in this action. *Inter alia*, Mr. Liew is charged with Conspiracy to Commit Economic

9  Espionage, Conspiracy to Commit Theft of Trade Secrets, Possession of Trade Secrets,

10  Conveying Trade Secrets, Witness Tampering, and False Statements.  (*See id.* ¶¶ 16-97.)  In

11  addition, the second superseding indictment identifies five DuPont trade secrets relating to its

12  TiO2 technology at issue in the criminal action.  (*Id.* ¶ 14.)  The second superseding indictment

13  also names various of the Pangang Companies and charges them with 1) Conspiracy to Commit

14  Economic Espionage, 2) Conspiracy to Commit Theft of Trade Secrets, and 3) Attempted

15  Economic Espionage.  (*Id.* ¶¶ 9-10, 17, 22-31, 39-40, 45, 52-54, 57-58.)

16    USAPT's Position: Defendants believe that the second superseding indictment speaks for

17  itself, and no further explanation or commentary is appropriate or needed.

18    History Relating to the Stay in this Action:

19    On September 7, 2011, this Court issued an Order relating the criminal proceeding with

20  this action, pursuant to its determination that this action and the criminal proceeding are related

21  within the meaning of Crim. L.R. 8-1(b).  (Docket # 42.)[1]

22    On September 23, 2011, the parties filed a joint status report requesting that the stay

23  initially entered on July 22, 2011 (Docket # 39), be extended for an additional 60 days.  (Docket

24  # 44.)  On September 29, 2011, the Court granted the parties' request.  (Docket # 45.)

25

26  _____

27  [1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to
Federal Rule of Civil Procedure 41(a)(1).  (Docket # 43.)  Thus, the only remaining defendants in
this action are Walter Liew and his companies, USA Performance Technology Inc. and

28  Performance Group, Inc.

1        On November 23, 2011, the parties filed an additional joint status report requesting that

2    the stay be extended for an additional 60 days. (Docket # 46.)  The Court granted the parties'

3    request on November 29, 2011.  (Docket # 48.)

4        On January 24, 2012, the parties filed an additional joint status report requesting that the

5    stay be extended for an additional 60 days. (Docket # 49.)  The Court granted the parties' request

6    on January 31, 2012.  (Docket # 50.)

7        On March 26, 2012, the parties filed an additional joint status report requesting that the

8    stay be extended for an additional 60 days. (Docket # 51.)  The Court granted the parties' request

9    on March 27, 2012.  (Docket # 52.)

10       On May 23, 2012, the parties filed an additional joint status report requesting that the stay

11    be extended for an additional 60 days. (Docket # 53).  The Court granted the parties' request on

12    May 23, 2012.  (Docket # 54.)

13       On July 23, 2012, the parties filed an additional joint status report requesting that the stay

14    be extended for an additional 60 days. (Docket # 55).  The Court granted the parties' request on

15    July 24, 2012.  (Docket # 56).

16       On September 21, 2012, the parties filed an additional joint status report requesting that

17    the stay be extended for an additional 60 days. (Docket # 57).  The Court granted the parties'

18    request later that day. (Docket # 58).

19       On November 20, 2012, the parties filed an additional joint status report requesting that

20    the stay be extended for an additional 60 days. (Docket # 59).  The Court granted the parties'

21    request later that day. (Docket # 60).

22       On January 18, 2013, the parties filed an additional joint status report requesting that the

23    stay be extended for an additional 60 days. (Docket # 61).  The Court granted the parties' request

24    later that day. (Docket # 62).

25       On March 26, 2013, the parties filed an additional joint status report requesting that the

26    stay be extended for an additional 60 days. (Docket # 63).  The Court granted the parties' request

27    later that day. (Docket # 64).

28

1    On May 20, 2013, the parties filed an additional joint status report requesting that the stay

2    be extended for an additional 60 days.  (Docket # 65).  The Court granted the parties' request on

3    May 21, 2013.  (Docket # 66).

4    The undersigned counsel request that the stay remain in place for an additional 60 days, at

5    which time the parties will update the Court.

6

7    Dated: July 12, 2013            GLYNN & FINLEY, LLP
                                     CLEMENT L. GLYNN
8                                    MORGAN K. LOPEZ
                                     JONATHAN A. ELDREDGE
9                                    One Walnut Creek Center
                                     100 Pringle Avenue, Suite 500
10                                   Walnut Creek, CA  94596

11
                                     By_/s/ Morgan K. Lopez_____
12                                      Attorneys for Plaintiff

13   Dated: July 12, 2013            MOUNT & STOELKER, P.C.
                                     DANIEL S. MOUNT
14                                   ON LU
                                     KEVIN M. PASQUINELLI
15                                   RiverPark Tower, Suite 1650
                                     333 West San Carlos Street
16                                   San Jose, CA 95110-2740

17                                   By_/s/ Daniel S. Mount_____
                                        Attorneys for Defendants USA Performance
18                                      Technology, Inc., and Walter Liew

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER EXTENDING STAY

1          **[PROPOSED] ORDER**

2          Having read and considered the Joint Status Report,

3          **IT IS ORDERED THAT:**

4          The parties' request that the stay be extended until September 17, 2013 is hereby

5     GRANTED.  Counsel shall submit a joint status report on or before September 10, 2013.
      In their next status report, the parties should clearly state whether they seek to maintain a stay until the
6     criminal proceedings are resolved.  If so, they should so stipulate, and the stay will be extended
      accordingly.
7

8     July 12 , 2013

                                             _____
9                                            Honorable Jeffrey S. White
                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY