1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  MORGAN K. LOPEZ, Bar No. 215513
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6
   Attorneys for E. I. du Pont de Nemours and Company
7

8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10

11                                              )   **Case No. 3:11-cv-01665-JSW**
    E. I. DU PONT DE NEMOURS AND                )
12  COMPANY,                                    )   **JOINT STATUS REPORT AND**
                                                )   **[PROPOSED] ORDER EXTENDING**
13             Plaintiff,                       )   **STAY OF ACTION**
                                                )
14        v.                                    )
                                                )   Judge: Hon. Jeffrey S. White
15  USA PERFORMANCE TECHNOLOGY,                 )   Hearing Date: None
    INC., PERFORMANCE GROUP (USA),              )
16  INC., WALTER LIEW, and JOHN LIU,            )
                                                )
17             Defendants.                      )
                                                )
18                                              )
                                                )
19  _____         )

20        Pursuant to the Court's September 23, 2013 Order, Plaintiff E. I. du Pont de Nemours and
21  Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc.
22  (collectively "USAPT") submit this Joint Status Report. The parties request that the stay in this
23  matter set to expire on February 28, 2014, remain in place for an additional 31 days, through
24  March 31, 2014.
25        On April 6, 2011, DuPont filed the instant suit. (Docket # 1.) Defendants filed their
26  Substituted Answer and Counterclaim on July 11, 2011. (Docket # 35.) The action was first
27  stayed on July 22, 2011. (Docket # 39.)
28  ///

1    On August 23, 2011, the United States filed *United States v. Walter Liew and Christina
2    Liew*, No. CR-11-0573-RS.  On February 7, 2012, the United States filed a superseding
3    indictment in said action.  (*Id.* at Docket # 64.)  On March 12, 2013, the United States filed a
4    Second Superseding Indictment.  (*Id.* at Docket # 269.)  On or about January 7, 2014, trial began
5    in the criminal action.  As of the date of this joint status report, the criminal trial has not yet
6    concluded.

7    DuPont's Position: The second superseding indictment alleges that defendant Walter
8    Liew, his wife, Christina Liew, and several other individual defendants violated multiple federal
9    trade secret and economic espionage laws when they stole – and utilized – the trade secrets at
10   issue in this action. *Inter alia*, Mr. Liew is charged with Conspiracy to Commit Economic
11   Espionage, Conspiracy to Commit Theft of Trade Secrets, Possession of Trade Secrets,
12   Conveying Trade Secrets, Witness Tampering, and False Statements.  (*See id.* ¶¶ 16-97.)  In
13   addition, the second superseding indictment identifies five DuPont trade secrets relating to its
14   TiO2 technology at issue in the criminal action.  (*Id.* ¶ 14.)  The second superseding indictment
15   also names various of the Pangang Companies and charges them with 1) Conspiracy to Commit
16   Economic Espionage, 2) Conspiracy to Commit Theft of Trade Secrets, and 3) Attempted
17   Economic Espionage.  (*Id.* ¶¶ 9-10, 17, 22-31, 39-40, 45, 52-54, 57-58.)

18   USAPT's Position: Defendants believe that the second superseding indictment speaks for
19   itself, and no further explanation or commentary is appropriate or needed.

20   History Relating to the Stay in this Action
21   On September 7, 2011, this Court issued an Order relating the criminal proceeding with
22   this action, pursuant to its determination that this action and the criminal proceeding are related
23   within the meaning of Crim. L.R. 8-1(b).  (Docket # 42.)[1]

---

[1] On September 16, 2011, DuPont dismissed without prejudice defendant John Liu pursuant to Federal Rule of Civil Procedure 41(a)(1). (Docket # 43.) Thus, the only remaining defendants in this action are Walter Liew and his companies, USA Performance Technology Inc. and Performance Group, Inc.

1 On September 23, 2011, the parties filed a joint status report requesting that the stay initially entered on July 22, 2011 (Docket # 39), be extended for an additional 60 days. (Docket # 44.) On September 29, 2011, the Court granted the parties' request. (Docket # 45.)

On November 23, 2011, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 46.) The Court granted the parties' request on November 29, 2011. (Docket # 48.)

On January 24, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 49.) The Court granted the parties' request on January 31, 2012. (Docket # 50.)

On March 26, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 51.) The Court granted the parties' request on March 27, 2012. (Docket # 52.)

On May 23, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 53). The Court granted the parties' request on May 23, 2012. (Docket # 54).

On July 23, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 55). The Court granted the parties' request on July 24, 2012. (Docket # 56).

On September 21, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 57). The Court granted the parties' request later that day. (Docket # 58).

On November 20, 2012, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 59). The Court granted the parties' request later that day. (Docket # 60).

On January 18, 2013, the parties filed an additional joint status report requesting that the stay be extended for an additional 60 days. (Docket # 61). The Court granted the parties' request later that day. (Docket # 62).

///

1    On March 26, 2013, the parties filed an additional joint status report requesting that the
2    stay be extended for an additional 60 days.  (Docket # 63).  The Court granted the parties' request
3    later that day.  (Docket # 64).
4    On May 20, 2013, the parties filed an additional joint status report requesting that the stay
5    be extended for an additional 60 days.  (Docket # 65).  The Court granted the parties' request on
6    May 21, 2013.  (Docket # 66).
7    On July 12, 2013, the parties filed an additional joint status report requesting that the stay
8    be extended for an additional 60 days.  (Docket # 67).  The Court granted the parties' request
9    later that day.  (Docket # 68).
10   On September 10, 2013, the parties filed an additional joint status report requesting that
11   the stay be extended for an additional 60 days.  (Docket # 69).  The Court extended the stay to
12   December 6, 2013.  (Docket # 70).
13   On December 2, 2013, the parties filed an additional joint status report requesting that the
14   stay be extended for an additional 60 days.  (Docket # 69).  Due to the criminal trial schedule, the
15   Court proposed that the stay be extended to February 28, 2014.  (Docket # 72).  The parties so
16   stipulated (Docket #73), and the Court extended the stay accordingly.  (Docket #74.)
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

- 4 -
JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY

1     The undersigned counsel request that the stay remain in place for an additional 31 days, at
2 which time the parties will update the Court.

3    Dated: February 21, 2014         GLYNN & FINLEY, LLP
                                                       CLEMENT L. GLYNN
4                                                    MORGAN K. LOPEZ
                                                   JONATHAN A. ELDREDGE
5                                                    One Walnut Creek Center
                                                   100 Pringle Avenue, Suite 500
6                                                    Walnut Creek, CA 94596

7                                                By /s/ Morgan K. Lopez
                                                      Attorneys for Plaintiff
8
   Dated: February 21, 2014         MOUNT SPELMAN & FINGERMAN P.C.
9                                                  DANIEL S. MOUNT
                                                   KEVIN M. PASQUINELLI
10                                                  RiverPark Tower, Suite 1650
                                                 333 West San Carlos Street
11                                                  San Jose, CA 95110-2740

12                                              By /s/ Daniel S. Mount
                                                   Attorneys for Defendants USA Performance
13                                                  Technology, Inc., and Walter Liew

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
- 5 -
JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER EXTENDING STAY

**[~~PROPOSED~~] ORDER**

Having read and considered the Joint Status Report,

**IT IS ORDERED THAT:**

The parties' request that the stay be extended until March 31, 2014 is hereby GRANTED.

Counsel shall submit a joint status report on or before March 24, 2014.

February _25_, 2014

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE