GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>    Defendants. | **Case No. 3:11-cv-01665-JSW**<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY OF ACTION**<br><br>Judge: Hon. Jeffrey S. White<br>Hearing Date: None |

Pursuant to the Court's February 25, 2014 Order, Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc. (collectively "USAPT") submit this Joint Status Report. The parties request that the stay in this matter set to expire on March 31, 2014, remain in place for an additional 90 days, through June 30, 2014.

On April 6, 2011, DuPont filed the instant suit. (Docket # 1.) Defendants filed their Substituted Answer and Counterclaim on July 11, 2011. (Docket # 35.) The action was first stayed on July 22, 2011. (Docket # 39.)

///

///

- 1 -
JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY

1   On August 23, 2011, the United States filed *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-RS. On February 7, 2012, the United States filed a superseding indictment in said action. (*Id.* at Docket # 64.) On March 12, 2013, the United States filed a Second Superseding Indictment. (*Id.* at Docket # 269.) On or about January 7, 2014, trial began in the criminal action. On March 5, 2014, the jury returned its verdict, finding Mr. Liew and USAPTI guilty of all counts with which they were charged. (*Id.* at Docket # 804.)

Sentencing in the criminal case is scheduled for June 10, 2014, at which time the Court will consider restitution to DuPont. As the Court's disposition of the restitution issue may affect the further course of this case, the parties request that the stay be extended an additional 90 days, to and including June 30, 2014, at which time the parties will report to the Court regarding their proposals for further proceedings.

Dated: March 24, 2014

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
MORGAN K. LOPEZ
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By /s/ Morgan K. Lopez
Attorneys for Plaintiff

Dated: March 24, 2014

MOUNT SPELMAN & FINGERMAN P.C.
DANIEL S. MOUNT
KEVIN M. PASQUINELLI
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740

By /s/ Daniel S. Mount
Attorneys for Defendants USA Performance Technology, Inc., and Walter Liew

1 **[PROPOSED] ORDER**

2    Having read and considered the Joint Status Report,

3    **IT IS ORDERED THAT:**

4    The parties' request that the stay be extended until June 30, 2014 is hereby GRANTED.

5 Counsel shall submit a joint status report on or before June 23, 2014.

7 March 25, 2014

   _____
   Honorable Jeffrey S. White
8  UNITED STATES DISTRICT JUDGE

- 3 -
JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY