GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
MORGAN K. LOPEZ, Bar No. 215513
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for E. I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>USA PERFORMANCE TECHNOLOGY, INC., PERFORMANCE GROUP (USA), INC., WALTER LIEW, and JOHN LIU,<br><br>Defendants. | **Case No. 3:11-cv-01665-JSW**<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY OF ACTION**<br><br>Judge: Hon. Jeffrey S. White<br>Hearing Date: None |

Pursuant to the Court's March 25, 2014 Order, Plaintiff E. I. du Pont de Nemours and Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc. (collectively "USAPT") submit this Joint Status Report. The parties request that the stay in this matter set to expire on June 30, 2014, remain in place for an additional 30 days, through July 30, 2014.

On April 6, 2011, DuPont filed the instant suit. (Docket # 1.) Defendants filed their Substituted Answer and Counterclaim on July 11, 2011. (Docket # 35.) The action was first stayed July 22, 2011. (Docket # 39.)

///

///

///

- 1 -
JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY

On August 23, 2011, the United States filed *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-RS. On February 7, 2012, the United States filed a superseding indictment in said action. (*Id.* at Docket # 64.) On March 12, 2013, the United States filed a Second Superseding Indictment. (*Id.* at Docket # 269.) On or about January 7, 2014, trial began in the criminal action. On March 5, 2014, the jury returned its verdict, finding Mr. Liew and USAPTI guilty of all counts with which they were charged. (*Id.* at Docket # 804.)

Mr. Liew's sentencing in the criminal case was scheduled initially to take place on June 10, 2014, but was continued to July 10, 2014. (*Id.* at Docket # 863.) As the Court's disposition of the restitution issue may affect the further course of this case, the parties request that the stay be extended an additional 30 days, to and including July 30, 2014, at which time the parties will report to the Court regarding their proposals for further proceedings.

Dated: June 23, 2014
    GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN
    MORGAN K. LOPEZ
    JONATHAN A. ELDREDGE
    One Walnut Creek Center
    100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596

    By /s/ Morgan K. Lopez
      Attorneys for Plaintiff

Dated: June 23, 2014
    MOUNT SPELMAN & FINGERMAN P.C.
    DANIEL S. MOUNT
    KEVIN M. PASQUINELLI
    RiverPark Tower, Suite 1650
    333 West San Carlos Street
    San Jose, CA 95110-2740

    By /s/ Daniel S. Mount
      Attorneys for Defendants USA Performance
      Technology, Inc., and Walter Liew

**[PROPOSED]** ORDER

Having read and considered the Joint Status Report,

**IT IS ORDERED THAT:**

The parties' request that the stay be extended until July 30, 2014 is hereby GRANTED.

Counsel shall submit a joint status report on or before July 23, 2014.

June  23 , 2014

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE