1 GLYNN & FINLEY, LLP
  CLEMENT L. GLYNN, Bar No. 57117
2 MORGAN K. LOPEZ, Bar No. 215513
  JONATHAN A. ELDREDGE, Bar No. 238559
3 One Walnut Creek Center
  100 Pringle Avenue, Suite 500
4 Walnut Creek, CA 94596
  Telephone: (925) 210-2800
5 Facsimile: (925) 945-1975

6 Attorneys for E. I. du Pont de Nemours and Company

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 E. I. DU PONT DE NEMOURS AND      )   Case No. 3:11-cv-01665-JSW
   COMPANY,                          )
12                                   )   **JOINT STATUS REPORT AND**
                                     )   ~~[PROPOSED]~~ **ORDER EXTENDING**
           Plaintiff,                )   **STAY OF ACTION**
13                                   )
       v.                            )   AND ADMINISTRATIVELY CLOSING CASE
14                                   )
                                     )   Judge: Hon. Jeffrey S. White
   USA PERFORMANCE TECHNOLOGY,       )   Hearing Date: None
15 INC., PERFORMANCE GROUP (USA),    )
   INC., WALTER LIEW, and JOHN LIU,  )
16                                   )
           Defendants.               )
17                                   )

18       Pursuant to the Court's June 23, 2014 Order, Plaintiff E. I. du Pont de Nemours and

19 Company ("DuPont") and defendants Walter Liew and USA Performance Technology, Inc.

20 (collectively "USAPT") submit this Joint Status Report. The parties request that the stay in this

21 matter set to expire on July 30, 2014, remain in place until resolution of the defense's

22 forthcoming appeal in the related criminal case, *United States v. Walter Liew and Christina Liew*,

23 No. CR-11-0573-JSW.

24       On April 6, 2011, DuPont filed the instant suit. (Docket # 1.) Defendants filed their

25 Substituted Answer and Counterclaim on July 11, 2011. (Docket # 35.) The action was first

26 stayed July 22, 2011 in light of the criminal prosecution. (Docket # 39.)

27 ///

28 ///

1    On August 23, 2011, the United States filed *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-JSW.  On February 7, 2012, the United States filed a superseding indictment in said action.  (*Id.* at Docket # 64.)  On March 12, 2013, the United States filed a Second Superseding Indictment.  (*Id.* at Docket # 269.)  On or about January 7, 2014, trial commenced in the criminal action.  On March 5, 2014, the jury returned its verdict, finding Mr. Liew and USAPTI guilty of all counts with which they were charged.  (*Id.* at Docket # 804.)  Mr. Liew and USAPTI were sentenced by this Court on July10, 2014.  (*Id.* at Docket # 891; *see also id.* at Docket # 893 (Judgment entered against Walter Liew); *id.* at Docket # 895 (Judgment entered against USAPTI).)

The parties understand that the defense has engaged appellate counsel in the criminal action and intends to appeal the jury's verdict.  (*Id.* at Docket # 868 (associating Dennis Riordan as counsel for Walter Liew).  Until the appeal is decided, the future course of this civil litigation cannot be determined.  Accordingly, the parties respectfully request that the Court extend the stay in this action until the appeal in the criminal matter has concluded.

Dated: July 23, 2014

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
MORGAN K. LOPEZ
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By /s/ Morgan K. Lopez
Attorneys for Plaintiff

Dated: July 23, 2014

MOUNT SPELMAN & FINGERMAN P.C.
DANIEL S. MOUNT
KEVIN M. PASQUINELLI
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740

By /s/ Daniel S. Mount
Attorneys for Defendants USA Performance Technology, Inc., and Walter Liew

[~~PROPOSED~~] ORDER

Having read and considered the Joint Status Report,

**IT IS ORDERED THAT:**

The parties' request that the stay be extended until resolution of the appeal in *United States v. Walter Liew and Christina Liew*, No. CR-11-0573-RS is hereby GRANTED. Within 30 days of the appeal's resolution, counsel shall submit a joint status report so advising the Court and indicating how they intend to proceed. The Clerk shall administratively close this case.

July 23, 2014

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE